THE STATE OF OHIO, APPELLEE, *v.* RIGGENBACH, APPELLANT.

[Cite as *State v. Riggenbach*, 128 Ohio St.3d 338, 2010-Ohio-6336.]

*Court of appeals' judgment affirmed on the authority of State v. Fischer.*

(No. 2010-1532 — Submitted December 14, 2010 — Decided December 29, 2010.)

APPEAL from the Court of Appeals for Richland County, No. 09CA121, 2010-Ohio-3392.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Fischer*, 128 Ohio St.3d 92, 2010-Ohio-6238, 942 N.E.2d 332.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

_____

Shane Riggenbach, pro se.

_____